UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-23843-CIV-SEITZ/SIMONTON

ARRIVAL STAR S.A. and MELVINO
TECHNOLOGIES LIMITED,

        Plaintiffs,

vs.

MATSON, INC.,
        Defendant.
_____/

**FINAL DISMISSAL WITH PREJUDICE**

THIS MATTER is before the Court upon Plaintiffs' Notice of Voluntary Dismissal with Prejudice. [DE 5]. Upon review, it is hereby

ORDERED that

(1) This action is DISMISSED WITH PREJUDICE.

(2) All pending motions not otherwise ruled upon are DENIED AS MOOT.

(3) This CASE IS CLOSED.

DONE and ORDERED in Miami, Florida, this 2nd day of November, 2012.

                                            PATRICIA A. SEITZ
                                            UNITED STATES DISTRICT JUDGE

cc:    Honorable Andrea M. Simonton
       All counsel of record